**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Daniel DePesa v. Americash Loans, L.L.C. and S.A.I.L. d/b/a Savings Account Installment Loan LLC and Sail Loans

Case Number: 1:21-cv-06187

An appearance is hereby filed by the undersigned as attorney for:
Americash Loans, L.L.C. and S.A.I.L. d/b/a Savings Account Installment Loan LLC and Sail Loans

Attorney name (type or print): Andrew W. Vail

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 6279951
(See item 3 in instructions)

Telephone Number: (312) 840-8688

Email Address: Avail@jenner.com

Are you acting as lead counsel in this case? [X] Yes [ ] No

Are you acting as local counsel in this case? [ ] Yes [X] No

Are you a member of the court's trial bar? [X] Yes [ ] No

If this case reaches trial, will you act as the trial attorney? [X] Yes [ ] No

If this is a criminal case, check your status.
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 13, 2021

Attorney signature: S/ Andrew W. Vail
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015